# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

130692

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

     SC:  130692
     COA:  262087
     Jackson CC:  02-001775-FH

GAROLD DOUGLAS BOYER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

s0724